Samuel PAINTER,[1] Respondent
Below–Appellant,

v.

Louise PAINTER, Petitioner
Below–Appellee.

No. 263, 2016

Supreme Court of Delaware.

Submitted: March 24, 2017
Decided: May 31, 2017

Court Below—Family Court of the State of Delaware, File No. CN14–02909, Petition No. 15–05808

AFFIRMED.

Kenneth L. WEST, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 365, 2016

Supreme Court of Delaware.

Submitted: March 24, 2017
Decided: May 31, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0905016864 (S)

AFFIRMED.